**AFFIDAVIT OF SERVICE**  Index # 08 CV 3916
Date Purchased: April 25, 2008
Date Filed: ___
Court Date: ___

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

ATTORNEY(S): Kathleen A. Zebrowski Esq. : U.S. Attorney's Office - SDNY  PH: 212-637-2710
ADDRESS: 86 Chambers Street  New York N.Y. 10007  File No.:

**UNITED STATES OF AMERICA,**
vs.
**GREGORY GRIFFITH,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

____HARRY TORRES____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  May 7, 2008  at  10:49 AM  at  POB: 110 WALL STREET 11TH FLOOR NEW YORK, NY 10005 , deponent served the within **Summons and Verified Complaint**

with Index Number  08 CV 3916 , and Date Purchased  April 25, 2008  endorsed thereon,
on: **GREGORY GRIFFITH**, **Defendant** therein named.

#1 INDIVIDUAL [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [X]  By delivering a true copy of each to  ROSLYN DARGAN - COWORKER  a person of suitable age and discretion. Said premises is recipient's [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [X]  On  May 8, 2008 , deponent completed service under the last two sections by depositing a copy of the  Summons and Verified Complaint  to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#6 NON-SRVC [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: ___

#7 DESCRIPTION [X]  (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex  Female   Color of skin  White   Color of hair  Brown   Age  21 - 35 Yrs.   Height  5' 0" - 5' 3"
Weight  100 - 130 Lbs.   Other Features: ___

#8 WIT. FEES [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this  14  day of  May, 2008

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

HARRY TORRES
Server's Lic # 0915257
Invoice•Work Order # 0818610

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382