**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

By FAX

*86 Chambers Street*
*New York, New York 10007*

June 11, 2008

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

         Re: United States v. Griffith
            08 Civ. 3916 (PKC)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08
```

Dear Judge Castel:

       The Court has scheduled a conference in the above-referenced case for Friday, June 13, 2008, at 3:15 p.m. The defendant has been served with the summons and complaint, and has failed to file an answer or otherwise move with respect to the complaint. The Government has therefore filed a motion for a default judgment, and respectfully requests that the conference be adjourned.

       Thank you for your consideration of this matter.

       Respectfully,

       MICHAEL J. GARCIA
       United States Attorney

By: _____
       KATHLEEN A. ZEBROWSKI
       Assistant United States Attorney
       Telephone No.: (212) 637-2710
       Fax No. (212) 637-2717

*[Handwritten endorsement: Conference for June 13 is vacated. Plaintiff may proceed under default procedures. SO ORDERED. /s/ USDJ 6-11-08]*